## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-3075-GW (RAOx) | Date | October 3, 2017 |
|---|---|---|---|
| Title | *Michael Rocca v. 13820 Foothill, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SETTLEMENT**


On October 2, 2017, Plaintiff Michael Rocca filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for December 7, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 6, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

 

:

Initials of Preparer    JG